IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
CLIFFORD HANSFORD,             )
                               )
        Petitioner,            )
                               )      1:22-cv-273
    v.                         )      1:13-cr-218-1
                               )
UNITED STATES OF AMERICA,      )
                               )
        Respondent.            )
```

### ORDER

This matter is before this court for review of the Recommendation and Order ("Recommendation") filed on April 20, 2022, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 80.) The Recommendation was served on the parties to this action on April 20, 2022, (Doc. 81). Petitioner timely filed objections, (Doc. 82), to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a

de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 79) is **DENIED**.

**IT IS FURTHER ORDERED** that this action be filed, and is hereby, **DISMISSED** for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d). Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 18th day of April, 2023.

_____
United States District Judge